# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br><br>       Plaintiff,<br><br>    v.<br><br>D. MENDIVIL, et al.,<br><br>       Defendants. | Case No.: 1:17-cv-01015-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF SUMMONS AND FORMS FOR SERVICE OF PROCESS BY THE UNITED STATES MARSHAL<br><br>[ECF No. 11] |

Plaintiff Perry C. Blair is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for issuance of summons and forms for service by the United States Marshal, filed January 24, 2018. Plaintiff's motion must be denied as premature.

On November 22, 2017, the undersigned issued Findings and Recommendations recommending that this action proceed on Plaintiff's claim of deliberate indifference against Defendants D. Mendivil and John Doe Nos. 1, 2, and 3, and all other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief. (ECF No. 8.) Plaintiff filed objections to the Findings and Recommendations on December 13, 2017. (ECF No. 9.) The Findings and Recommendations have not yet been addressed by the assigned District Judge. Therefore, service of process is premature at this time. Plaintiff is advised that the Court will forward him the necessary service of process form and instructions once the Findings and Recommendations are addressed by the

1

District Judge. Accordingly, Plaintiff's motion for issuance of summons and forms for service of process is denied.

IT IS SO ORDERED.

Dated: **January 26, 2018**

UNITED STATES MAGISTRATE JUDGE